UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

ROOSEVELT BRYANT PRESCOTT,

    Petitioner,                                    Civil No. 2:14-CV-13220-DT

v.

LORI GIDLEY,

    Respondent,
_____/

## JUDGMENT

In accordance with the "Opinion and Order Dismissing the Petition for Writ of Habeas Corpus and Declining to Issue a Certificate of Appealability entered on August 17, 2015,

**IT IS ORDERED AND ADJUDGED** that judgment is entered for Respondent Lori Gidley and against Petitioner Roosevelt Bryant Prescott.

Dated at Detroit, Michigan, August 17, 2015.

                                                     DAVID J. WEAVER
                                                     CLERK OF THE COURT

                                                     By: <u>s/Lisa Wagner</u>
                                                        Lisa Wagner, Case Manager
                                                        to Judge Robert H. Cleland